UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS,

        Plaintiffs,

    v.

MONAHAN'S LANDSCAPE CO., INC.,
BEN NOWAK, individually, and AIDAN
MONAHAN, individually,

        Defendants.

Case No. 08-cv-235-JPG

## JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiffs Central Laborers' Pension, Welfare and Annuity Funds and against defendants Monahan's Landscape Co., Inc., Ben Nowak, individually, and Aidan Monahan, individually in the amount of two thousand, two hundred seventy dollars and seventy-three cents ($2,270.73), plus costs and fees in the amount of two thousand thirty-four dollars ($2,034.00).

**JUSTINE FLANAGAN, Acting Clerk**
**By:s/Deborah Agans, Deputy Clerk**

**Date:  March 17, 2009**

**Approved:**   <u>s/ J. Phil Gilbert</u>
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**